UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| Maurice T. Allen, | ) | |
| | ) | CIVIL ACTION NO. 5:12-cv-38, LAW |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| Dynapower Corporation, | ) | |
| Defendant | ) | |

### EVALUATOR'S REPORT

Please select one:

__X__ First Session Report
_____ Second Session Report
_____ Third Session Report
_____ Corrected/Revised Report
_____ Supplemental Report
_____ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

| | | | | |
|---|---|---|---|---|
| (j)(1)(A): | Date of session: | Start time: | Finish time: | |
| | April 1, 2013 | 10:00 a.m. | 6:30 p.m. | |
| (j)(1)(B): | Names of attendees: | Role: | Settlement authority: (check only where applicable) | |
| | Maurice Allen | Plaintiff | X | |
| | Stephanie Allen | Plaintiff | | |
| | Richard Cassidy, Esq. | Attorney for Plaintiffs | | |
| | Adam Knudsen | Representative for defendant | | |
| | Danielle Batchelor | Insurance adjuster for defendant | X | |
| | Heather Briggs, Esq. | Attorney for defendant | | |
| | Thomas Aicher, Esq. | Attorney for defendant | | |

(j)(1)(C):   Substitute arrangements regarding attendance: N/A

(j)(1)(D):   Date parties' Evaluation Statements received by Evaluator:

Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator.

(j)(1)(E):   Oral presentations: By all Parties

(j)(1)(F):   Results of session:
(j)(1)(F)(i):   _X_ Full settlement          ___Partial settlement

___No Settlement

(j)(1)(F)(ii):   Stipulation to narrow the scope of dispute:              _____N/A

(j)(1)(F)(iii):   Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation:

Scheduling another ENE session:     _____Yes _____NO

Other comments: (please refer to L.R. 16.1 (j)(2)):


Dated at Middlebury, Vermont on this 25th day April, 2013.

Michael J. Marks, Esquire
Evaluator

UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| MAURICE T. ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 5:12-CV-38. |
| | ) | |
| DYNAPOWER CORPORATION | ) | |
| | ) | |
| Defendant, | ) | |

## CERTIFICATE OF SERVICE

I, Michael J. Marks, Esq., the Early Neutral Evaluator in the above-referenced matter, do hereby certify that on the 25th day of April, 2013 I served a copy of the foregoing Evaluator's Report on the parties as indicated below, by first class mail, postage prepaid.

Richard T. Cassidy, Esquire
Hoff Curtis
P.O. Box 1124
Burlington, VT 05402

Thomas P. Aicher, Esquire
Cleary Shahi & Aicher
P.O. Box 6740
Rutland, VT 05702-6740

Dated at Middlebury, Vermont on this 25th day of April, 2013.

Michael J. Marks, Esquire
Evaluator