# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| MAURICE T. ALLEN,<br>    Plaintiff,<br><br>v.<br><br>DYNAPOWER,<br>    Defendant. | )<br>)<br>)<br>)<br>)  **DOCKET NO. 5:12-cv-38**<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

You are hereby authorized and directed to enter the above-entitled cause **SETTLED AND DISMISSED WITH PREJUDICE UNDER F.R.C.P. 41.**

Date: May 20, 2013     /s/ *Richard T. Cassidy*
Richard T. Cassidy, Esq.
Hoff Curtis
Post Office Box 1124
Burlington, VT 05402-1124
Tel: (802) 864-6400
Fax: (802) 860-1565
rcassidy@hoffcurtis.com
Counsel for Plaintiff

Date: May 20, 2013     /s/ *Heather Rider Hammond*
Heather Rider Hammond, Esq.
Gravel and Shea
Post Office Box 369
Burlington, VT 05402-0369
Tel: (802) 658-0220
Fax: (802) 658-1456
hhammond@gravelshea.com
Counsel for Defendant

Date: May 20, 2013     /s/ *Thomas P. Aicher*
Thomas P. Aicher, Esq.
Cleary Shahi & Aicher
Post Office Box 6740
Rutland, VT 05702-6740
Tel: (802) 775-8800
Fax: (802) 775-8809
tpa@clearyshahi.com
Counsel for Defendant